# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Audia Garcia, et al., | No. CV-21-01850-PHX-ROS (DMF) |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Magistrate Judge Deborah M. Fine issued a Report and Recommendation recommending dismissal of defendants based on Plaintiffs' failure to prosecute. (Doc. 54). No party objected to the Report and Recommendation.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 54) is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendant Unknown Paz and Defendant Unknown Parties are **DISMISSED WITHOUT PREJUDICE**.

Dated this 9th day of December, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge